UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | 2:95-CR-00286-PMP-RJJ |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| DEON LORENZO LYONS, | ) | |
| Defendant. | ) | |

As in correctly argued by Plaintiff United States in their Opposition (Doc. #229) to Defendant Deon Lyon's Petition for Writ of *Audita Querela* Pursuant to Title 28, United States Code, Section 1651, Defendant Lyons is not entitled to the relief requested. United States v. Gamboa, 608 F.3d 492, 495 (9th Cir. 2010).

**IT IS THEREFORE ORDERED** that Defendant Deon Lyon's Petition for Writ of *Audita Querela* (Doc. #227) is **DENIED**.

DATED: January 24, 2012.

_____
PHILIP M. PRO
United States District Judge