UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEON LORENZO LYONS,

Defendant.

2:95-CR-00286-PMP-RJJ

ORDER

For the reasons set forth in the Opposition (Doc. #256) filed by Plaintiff United States in response to Defendant Deon Lorenzo Lyons's Motion for Modification of Sentence (Doc. #254), and good cause appearing,

IT IS ORDERED that Defendant Deon Lorenzo Lyons's Motion for Modification of Sentence under 18 U.S.C. § 3582 (Doc. #254) is DENIED.

IT IS FURTHER ORDERED that a certificate of appealability is denied.

DATED: October 29, 2013

_____
PHILIP M. PRO
United States District Judge